IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT PERSAILS ) <br> ) <br> Plaintiff, ) <br> ) Case No. 1:11-cv-1198 <br> v. ) <br> ) Judge Robert J. Jonker <br> H&P CAPITAL, INC. ) <br> ) <br> Defendant. ) <br> _____  ) | |

WEISBERG & MEYERS, LLC
Ronald S. Weiss (P48762)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(866) 565-1327 Fax
*Lead Counsel for Plaintiff*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

___

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Michigan, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow ninety (90) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

By: s/Ronald S. Weiss
Ronald S. Weiss (48762)
**WEISBERG & MEYERS, LLC**

Filed electronically on this 10th day of January, 2012, with:

United States District Court CM/ECF system

Notification sent electronically on this 10th day of January, 2012 to:

Mr. William Frazier, Esq.
Marks & Frazier, LLP
1919 Blanding Boulevard # 8
Jacksonville, FL 32210-3254


By: s/Ronald S.Weiss
    Ronald S.Weiss