IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT PERSAILS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:11-cv-1198 |
| v. ) | |
| ) | Judge Robert J. Jonker |
| H&P CAPITAL, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

WEISBERG & MEYERS, LLC
Ronald S. Weiss (P48762)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(866) 565-1327 Fax
*Lead Counsel for Plaintiff*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

_____

**NOTICE TO DISMISS WITH PREJUDICE**
_____

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, notice is hereby given that Plaintiff has filed with the Clerk of the United States District Court of the Western District of Michigan Southern Division, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.  Within 60 days from the date of entry of this Notice to Dismiss, Plaintiff may request leave to re-open the case in the event that an issue arises in the completion of the settlement.

Respectfully submitted,

February 14, 2012                            /s/ Ronald S. Weiss
                                             Ronald S. Weiss

                                             Weisberg & Meyers LLC
                                             7035 Orchard Lake Road, Suite 600
                                             West Bloomfield, MI 48322
                                             RWeiss@AttorneysForConsumers.com


## CERTIFICATE OF SERVICE

  I certify that on February 14, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court of Michigan, using the electronic case filing system of the court.


By: s/Ronald S. Weiss
  Ronald S. Weiss